UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | Jose DELGADILLIO-ARCE<br>Docket Number:  0972 2:13CR00155-001<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

The offender is requesting permission to travel to Mexico.  Mr. Delgadillio-Arce is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 4, 2009, Mr. Delgadillio-Arce was sentenced in the Southern District of California for the offense of 31 USC 5332(a)(1) – Bulk Cash Smuggling (CLASS D FELONY).  Transfer of jurisdiction from the Southern District of California to the Eastern District of California was accepted May 6, 2013.

**Sentence Imposed:**  10 months custody of the Bureau of Prisons; 36-month Term of Supervised Release; $100 special assessment; Mandatory drug testing; Firearms restrictions; and Submit to DNA testing.

**Dates and Mode of Travel:**  Mr. Delgadillio-Arce plans to fly to Jalisco, Mexico, on September 19, 2014, returning September 21, 2014.

**Purpose:**  Previously, on July 19, 2011, December 16, 2012, and April 18, 2013, the Probation Office in the Southern District of California authorized the offender to travel to Mexico to visit his wife and children.  On September 18, 2013, December 17, 2013, May 5, 2014, and July 14, 2014, the Court in the Eastern District of California authorized the offender to travel to Mexico to visit his family.  Mr. Delgadillio-Arce is again requesting travel to Mexico to visit his family.

RE: **Jose Delgadillio-Arce**
**Docket Number:  0972 2:13CR00155-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

**/s/Julie A. Fowler**
**JULIE A. FOWLER**
**United States Probation Officer**

Dated: September 16, 2014
Roseville, California
/jaf

**REVIEWED BY:**   /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved     ☐   Disapproved

Date September 16, 2014          UNITED STATES DISTRICT JUDGE

2

REV.  09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX